```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 19-04285-RNO
Rosemarie Caroline Tomko                                        Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 1           Date Rcvd: Nov 07, 2019
                              Form ID: ntnew341            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db             +Rosemarie Caroline Tomko,   126 Webster Ave.,   West Hazleton, PA 18202-3844
5254915         Champion Mortgage,   P.O. Box 619093,   Dallas, TX 75261-9093
5254916        +Citibank,   Box 6500,   Sioux Falls, SD 57117-6500
5254917         Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,   P.O. Box 651,
                 Hazleton, PA 18201-0651
5254918         Hazleton City Authority,   400 E. Arthur Gardner Pkwy.,   Hazleton, PA 182010-7395
5254919        +Jason Hudock,   131 W. Branch St.,   West Hazleton, PA 18202-3839
5254920        +KML Law Group, P.C,   Suite 5000, BNY Mellon Independence Ctr.,   701 Market St.,
                 Philadelphia, PA 19106-1538
5254921        +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5254922        +Luzerne County Tax Claim Bureau,   1170 Highway 315, Suite 5,   Plains, PA 18702-6906
5254923        +Northeast Revenue Service, LLC,   200 North River St.,   Wilkes-Barre, PA 18711-1004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 19:11:51
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5255356        +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 19:11:40      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5254924*       +Rosemarie Caroline Tomko,   126 Webster Ave.,   West Hazleton, PA 18202-3844
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Rosemarie Caroline Tomko tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Rosemarie Caroline Tomko,<br>aka Rosemarie C. Tomko, aka Rosemarie Tomko, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–04285–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 16, 2019 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 7, 2019 |

ntnew341 (04/18)