```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-04285-RNO
Rosemarie Caroline Tomko                                            Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: Christoph              Page 1 of 1         Date Rcvd: Nov 15, 2019
                              Form ID: ordsmiss            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db              #+Rosemarie Caroline Tomko,    126 Webster Ave.,    West Hazleton, PA 18202-3844
5254915          Champion Mortgage,    P.O. Box 619093,    Dallas, TX 75261-9093
5254917          Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
                  Hazleton, PA 18201-0651
5254918          Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, PA 182010-7395
5254919         +Jason Hudock,    131 W. Branch St.,    West Hazleton, PA 18202-3839
5254920         +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                  Philadelphia, PA 19106-1538
5254921         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5254922         +Luzerne County Tax Claim Bureau,    1170 Highway 315, Suite 5,    Plains, PA 18702-6906
5254923         +Northeast Revenue Service, LLC,    200 North River St.,    Wilkes-Barre, PA 18711-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Nov 16 2019 00:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5254916         +EDI: CITICORP.COM Nov 16 2019 00:28:00      Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
5255356         +EDI: RMSC.COM Nov 16 2019 00:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5254924*        +Rosemarie Caroline Tomko,    126 Webster Ave.,    West Hazleton, PA 18202-3844
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Rosemarie Caroline Tomko tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rosemarie Caroline Tomko,<br>aka Rosemarie C. Tomko, aka Rosemarie Tomko, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–04285–RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 15, 2019

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)